## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SDI, INC., | ) |
|         Plaintiff, | ) ) ) |
|     v. | ) )  Civil Action No. 1:22-cv-03586 |
| CYTEC ENGINEERED MATERIALS INC., CYTEC CARBON FIBERS LLC, SOLVAY S.A., and SOLVAY USA INC., | ) ) ) ) |
|         Defendants. | ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Cytec Engineered Materials Inc. and Solvay USA Inc. submit this Corporate Disclosure Statement as follows:

1. Solvay USA Inc. is a wholly owned subsidiary of Solvay Holding Inc., a non-public Delaware corporation.

2. Cytec Engineered Materials Inc. is a wholly owned subsidiary of Cytec Industries Inc., a non-public Delaware corporation. Cytec Industries Inc. is a wholly owned subsidiary of Solvay Holding Inc., a non-public Delaware corporation.

3. Solvay Holding Inc. is owned by Solvay France S.A. and Solvay S.A. Solvay France S.A. is owned by Solvay Finance France and Solvay S.A.

4. Solvay S.A. is a publicly traded foreign corporation, incorporated in Belgium.

5. No other corporation, unincorporated association, partnership, or other business entity, not a party to this action, owns 10% or more of Cytec Engineered Materials, Inc.'s or Solvay USA Inc.'s stock or has a financial interest in the outcome of this litigation.

Dated: June 17, 2022  /s/ *Rachel C. Karpoff*
Rachel C. Karpoff
JONES DAY
250 Vesey Street
New York, NY 10281
Phone: (212) 326-3928
Fax: (212) 755-7306
Email: rkarpoff@jonesday.com

*Counsel for Defendants Cytec Engineered Materials Inc. and Solvay USA Inc.*

2